

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00308-CV

**IN RE** Cirilo **VALDEZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: January 24, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Cirilo Valdez petitions this court for a writ of mandamus. After considering the petition, the amended petition, the response from real party in interest Lockhill Hacienda, LLC, relator's reply, all appendixes, and the record, this court concludes relator is not entitled to the relief sought. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for a writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2019CI24184, styled *Lockhill Hacienda, LLC v. Cirilo Valdez*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.